**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –TUCSON**
**CIVIL MINUTES - GENERAL**

Date: December 12, 2024

Civil Case Number: CV-24-00342-TUC-MAA

Title: Samantha Francis v. Be Strong LLC

Present:
                              Hon. Michael A. Ambri

Deputy Clerk: Silvia Guzman          Court Reporter: CourtSmart

Attorney for Plaintiffs: Christopher Miller Suffecool, Esq.
Attorneys for Defendant: Shannon Lori Giles, Esq.

---

**SCHEDULING CONFERENCE**

A telephonic Scheduling Conference was held pursuant to Rule 16, Federal Rules of Civil Procedure. The Court will adopt the deadlines proposed by the parties in their Joint Report. A formal scheduling order will follow. The Court discusses scheduling dates, discovery dispute practices, and the availability of Magistrate Judges for settlement conferences. There being nothing further, the scheduling conference adjourned.

**SCHEDULING CONFERENCE (5 minutes)**
Hearing Start Time:    2:03 p.m.
Hearing Stop Time:    2:09 p.m.