IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; et al.,<br><br>        Defendants. | No. CV 24-00342-TUC-MAA<br><br>**SCHEDULING ORDER** |

The court issues this Scheduling Order pursuant to Rule 16 of the Federal Rules of Civil Procedure and based on the Joint Case Management Report submitted by the parties. Doc. 21.

**IT IS HEREBY ORDERED:**

 A.  Pursuant to the local rule governing differentiated case management, this action is designated a standard track case.

 B.  Motions to amend the pleadings or join additional parties shall be filed by January 10, 2025.

 C. The parties shall disclose lay witnesses by April 18, 2025.  *See* FED.R.CIV.P. 26(a)(3). The plaintiff(s) shall disclose expert witnesses and expert testimony by April 18, 2025. *See* FED.R.CIV.P. 26(a)(2). The defendant(s) shall disclose expert witnesses and expert testimony by April 18, 2025. *Id.*  Witnesses whose testimony is limited to rebuttal shall be disclosed

1  by May 23, 2025. *Id*. Expert witnesses will not be allowed to testify to matters not described
2  in their reports.
3   D. Discovery, including answers to interrogatories and supplements to interrogatories, shall
4  be completed by June 27, 2025.
5   E. Parties are directed to Local Rule 7.2(j), which prohibits filing discovery motions unless
6  the parties have first met to resolve any discovery difficulties.
7   F.  Counsel cannot, without Court approval, extend the deadlines imposed by the Court.
8   G. All dispositive motions shall be filed no later than August 1, 2025.
9   H. All parties are specifically notified that pursuant to Local Rule 7.2(i), "[i]f a motion does
10 not conform in all substantial respects with the requirements of this Local Rule, or if the
11 unrepresented party or counsel does not serve and file the required answering memoranda,
12 or if the unrepresented party or counsel fails to appear at the time and place assigned for oral
13 argument, such noncompliance may be deemed a consent to the denial or granting of the
14 motion and the Court may dispose of the motion summarily."
15  I. A joint letter to the Court concerning the status of settlement discussions (containing no
16 specific settlement terms or offers) shall be submitted by June 27, 2025 and every two
17 months thereafter.
18  J.  A joint proposed pretrial order shall be lodged by September 1, 2025.  If dispositive
19 motions are filed, the pretrial order shall be due 30 days following resolution of the motions.
20 Counsel should contact the Court for instructions concerning the proper form of the pretrial
21 order.
22  K.  Attorneys for each party who will be responsible for trial of the lawsuit shall appear and
23 participate in a Pretrial Conference to be scheduled after submission of the joint proposed
24 pretrial order.  Following the Pretrial Conference, this Court will issue the final pretrial order
25 and any additional instructions for trial preparation.  The trial date will be set at the Pretrial
26 Conference.
27
28

L. This Court views compliance with the provisions of this Order as critical to its case management responsibilities and the responsibilities of the parties under Rule 1 of the Federal Rules of Civil Procedure.

DATED this 13th day of December, 2024.

Honorable Michael A. Ambri
United States Magistrate Judge