AWERKAMP, BONILLA & GILES, PLC
8340 N. Thornydale Road, Ste. 110 #414
Tucson, AZ  85741
(520) 798-5282

Ivelisse Bonilla (SBN 023594)
ib@abdilaw.com
Shannon Giles (SBN 018786)
sg@abdilaw.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an Individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual.<br><br>           Defendants. | No.  CV-24-342-TUC-MAA<br><br>**NOTICE OF SERVICE OF DEFENDANTS' FIRST SUPPLEMENTAL DISCLOSURE** |

  Defendants, Be Strong LLC d/b/a Borderland Chevrolet GMC and Mark Mermis, hereby give notice that on February 10, 2025, Defendants served on Plaintiff via email "*Defendants Be Strong LLC d/b/a Borderland Chevrolet GMC and Mark Mermis's First Supplemental Disclosure.*"

  RESPECTFULLY SUBMITTED on February 10, 2025.

            AWERKAMP, BONILLA & GILES, PLC

            By   /s/  Shannon Giles
              Ivelisse Bonilla
              Shannon Giles
             *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants on February 10, 2025.

/s/ Shannon Giles

Chris M. Suffecool
SUFFECOOL LAW, PLLC
835 W. Warner Road
Suite 101 PMB 288
Gilbert, AZ 85233
chris@suffecoollaw.com
*Attorneys for Plaintiff*