Shannon Giles Law, PLC
8340 N. Thornydale Road, Ste. 110 #414
Tucson, AZ  85741
(520) 798-5282

Ivelisse Bonilla (SBN 023594)
ib@abdilaw.com
Shannon Giles (SBN 018786)
sg@abdilaw.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an Individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual.<br><br>    Defendants. | No.  CV-24-342-TUC-MAA<br><br>**NOTICE OF LAW FIRM NAME CHANGE and CHANGE OF ADDRESS** |

Pursuant to Rule 83.3(d) of the Local Rules of Civil Procedure, counsel for Plaintiff gives notice of a law firm name change.  The firm Awerkamp, Bonilla & Giles, PLC has changed its name to Shannon Giles Law, PLC.

The firm has also changed its address.  The firm's new address is:

> Awerkamp, Bonilla & Giles, PLC
> 8340 N. Thornydale Road, Ste. 110 #414
> Tucson, AZ 85741

RESPECTFULLY SUBMITTED on March 17, 2025.

Shannon Giles Law, PLC

By  /s/  Shannon Giles
      Ivelisse Bonilla
      Shannon Giles
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants on March 17, 2025.

/s/ Shannon Giles

Chris M. Suffecool
SUFFECOOL LAW, PLLC
835 W. Warner Road
Suite 101 PMB 288
Gilbert, AZ 85233
chris@suffecoollaw.com
*Attorneys for Plaintiff*