SHANNON GILES LAW, PLC
8340 N. Thornydale Road, Ste. 110 #414
Tucson, AZ  85741
(520) 798-5282

Shannon Giles (SBN 018786)
sg@abdilaw.com
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual.<br><br>    Defendants. | No.  CV-24-342-TUC-MAA<br><br>**DEFENDANTS RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT BE STRONG, LLC** |

    Defendants, Be Strong LLC d/b/a Borderland Chevrolet GMC and Mark Mermis, hereby give notice that on June 6, 2025, Defendants served on Plaintiff via email "*Defendants' Response To Plaintiff's First Set Of Requests For Production To Defendant Be Strong, LLC,*" "*Defendants' Response To Plaintiff's First Set Of Requests For Production To Defendant Mark Mermis,*" and "*Defendants Response To Plaintiff's First Set Of Requests For Production To Defendant.*"

    DATED June 6, 2025.

                                    SHANNON GILES LAW, PLC


                                    By  /s/  Shannon Giles
                                          Shannon Giles
                                          *Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants on June 6, 2025.

/s/ Shannon Giles

Chris M. Suffecool
SUFFECOOL LAW, PLLC
835 W. Warner Road
Suite 101 PMB 288
Gilbert, AZ 85233
chris@suffecoollaw.com
*Attorneys for Plaintiff*