1  SHANNON GILES LAW, PLC
   8340 N. Thornydale Road, Ste. 110 #414
2  Tucson, AZ  85741
   (520) 798-5282
3
   Shannon Giles (SBN 018786)
4  sg@abdilaw.com
   *Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual.<br><br>Defendants. | No.  CV-24-342-TUC-MAA<br><br>**NOTICE OF SERVICE OF DEFENDANTS' DISCOVERY REQUESTS TO PLAINTIFF** |

Defendants give notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition will be taken in person on the date and at the time stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**   **Samantha Francis**

**DATE OF DEPOSITION:**   **August 26, 2025**

**TIME OF DEPOSITION:**   **10:00 a.m.**

**PLACE OF DEPOSITION:**   **State Bar of Arizona**
**270 N. Church Avenue, Suite 100**
**Tucson, AZ  85701**

Dated: August 5, 2025.

SHANNON GILES LAW, PLC

By /s/ Shannon Giles
Shannon Giles

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants on August 5, 2025.

/s/ Shannon Giles

Chris M. Suffecool
SUFFECOOL LAW, PLLC
835 W. Warner Road
Suite 101 PMB 288
Gilbert, AZ 85233
chris@suffecoollaw.com
*Attorneys for Plaintiff*