Chris M. Suffecool (SBN 024276)
Suffecool Law, PLLC
835 W. Warner Rd.
Suite 101 PMB 288
Gilbert, Arizona 85233
Tel: 602-675-9419
Email: chris@suffecoollaw.com

*Attorney for Plaintiff Samantha Francis*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual<br><br>Defendants, | Case No. 4:24-cv-00342-MAA<br><br>**RULE 26(f) JOINT STIPULATION TO EXTEND CASE DEADLINES**<br><br>(Second Request) |

Pursuant to FRCP Rules 16(b)(4) and 29(b), LRCiv 7.3, and the Court's December 13, 2024 Rule 16 Scheduling Order (Doc. 25) and Order Extending Case Deadlines (Doc. 33), Plaintiff Samantha Francis and Defendants Be Strong LLC and Mark Mermis, by and through undersigned counsel, hereby jointly request to extend case deadlines in this matter by approximately two (2) months.  The parties respectfully submit that good cause exists for the requested extension, that the extension request is not for the purposes of delay, and that the extension will not unfairly prejudice any party.

The Parties have worked cooperatively in this case and through discovery. Due to other litigation matters of counsel, both of whom operate small firms, delays have occurred in scheduling depositions and completing written discovery.

1

Furthermore, it has unexpectedly become necessary to subpoena information from third parties with information relevant to this matter. A two-month extension of discovery deadlines is appropriate in light of these circumstances. Counsel for both parties have been working together in good faith to ensure written discovery is complete, to resolve discovery disputes without asking the Court to intervene, and to schedule the depositions needed to complete discovery in this case.

Accordingly, the parties respectfully and jointly request the extension of the following case deadlines:

- Fact Discovery Deadline to **November 14, 2025** (currently September 19, 2025)
- Dispositive Motions to **December 19, 2025** (currently October 24, 2025)
- A joint letter to the Court regarding settlement discussions to **November 14, 2025** (currently September 19, 2025)
- Joint proposed pretrial order to **January 19, 2026,** if no dispositive motions are filed (currently November 24, 2025)

Respectfully submitted this 4th day of September, 2025.

Suffecool Law, PLLC

By: /s/ Chris M. Suffecool
Chris M. Suffecool
Attorney for Plaintiff

SHANNON GILES LAW, PLC

By /s/ Shannon Giles
Shannon Giles
*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2025, a copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF and sent to all parties of record by operation of the Court's electronic filing system.

/s/ Chris M. Suffecool