Chris M. Suffecool (SBN 024276)
Suffecool Law, PLLC
835 W. Warner Rd.
Suite 101 PMB 288
Gilbert, Arizona 85233
Tel: 602-675-9419
Email: chris@suffecoollaw.com

*Attorney for Plaintiff Samantha Francis*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual <br><br> Defendants, | Case No. 4:24-cv-00342-MAA <br><br> **PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO FILE EXHIBIT A TO MOTION TO WITHDRAW UNDER SEAL** |

Pursuant to LRCiv 5.6(b) and the Court's inherent authority to protect privacy interests, undersigned counsel respectfully moves for leave to file under seal Exhibit A to Plaintiff's Counsel's Motion to Withdraw as Counsel, which contains Plaintiff's personal contact information (mailing address, telephone number, and email address).

This case involves allegations of workplace sexual harassment. Public disclosure of Plaintiff's personal contact information could reasonably pose a risk to her privacy and safety. No less restrictive alternative exists, as LRCiv 83.3(b) requires that counsel provide the Plaintiff's contact information upon withdrawal.

The requested sealing is narrowly tailored to protect Plaintiff's privacy interests while complying with the Court's procedural requirements. Counsel does

not seek to seal any other portion of the Motion to Withdraw.  A proposed order granting this motion is submitted concurrently.

Respectfully submitted this 20th day of October, 2025.

Suffecool Law, PLLC

By: /s/ Chris M. Suffecool
Chris M. Suffecool
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2025, a copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF and sent to all parties of record by operation of the Court's electronic filing system.

    A copy of this Motion was also served on Plaintiff Samantha Francis by email and U.S. Mail at her last known email address and physical address, which are being provided to the Court under seal pursuant to LRCiv 5.6(b) and 83.3(b).

<u>/s/ Chris M. Suffecool</u>