IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation<br><br>Defendant, | Case No. 4:24-cv-00342-MAA<br><br>**COMPLAINT**<br><br>PLAINTIFF'S FORMAL DEMAND FOR RELIEF AND SETTLEMENT OFFER |

Samantha Francis,    Case No.: 4:24-cv-00342-MAA

Plaintiff, Pro Se

v.

Be Strong, LLC d/b/a Borderland Chevrolet,

Defendant.

PLAINTIFF'S FORMAL DEMAND FOR RELIEF

AND SETTLEMENT OFFER

1

Plaintiff, Samantha Francis, hereby submits this Formal Demand for Relief and Settlement Offer in connection with the above-captioned matter.

1

2  Plaintiff was abandoned by her legal counsel and despite reasonable efforts, has yet to receive her case file from this counsel. Plaintiff is aware this puts her at a complete disadvantage and

3  unable to defend herself in this matter with efficacy. Plaintiff also understands the necessity for

4  representation however cannot afford a retainer fee required by new counsel also this case was pushed back without notice from then counsel several times, unknowingly of the plaintiff and

5  unauthorized. Plaintiff is at the mercy of the court to grant a resolution to these claims and would

6  like to attempt settlement discussions without dragging this out any longer for everyone involved's sake.

7  Plaintiff is a single mother of 3 children that has a burden of financial responsibility, and cannot

8  break even monthly, living in a 2 bedroom home and unable to pay her debt to several people due to the lack of resources she has available. Plaintiff is alone in Arizona with no support

9  system, simply took a leap of faith to further her automotive career yet despite attempting to

10  settle this in the initial demand for settlement twice in the amount of $250,000, this case still remains quite above the plaintiff's realm of experience. Plaintiff wants to avoid any further delay

11  for all parties and be able to effectively represent herself has been denied due to the case file

12  previous counsel has yet to relinquish.

   Plaintiff relocated approximately 1,700 miles from Texas to Arizona to accept

13  the position with Defendant, Be Strong LLC d/b/a Borderland Chevrolet. Following

14  Plaintiff's engagement in protected activity under Title VII and related statutes,

15                                    2

16

Plaintiff's employment was terminated by email under circumstances consistent with unlawful retaliation.

Since her termination on December 4, 2023, Plaintiff has been unable to obtain comparable employment. Based on median salary data for a Service Director position in this region, Plaintiff's lost wages are approximately $226,000 as of the date of this filing. In addition, Plaintiff incurred expenses and disruption connected with an emergency relocation from Douglas, Arizona to Phoenix at approximately 3:00 a.m. due to the destabilizing impact of Defendant's conduct and dangerous history.

Plaintiff has also suffered significant emotional distress, reputational harm, and ongoing damage to her future employment opportunities as a direct result of the termination and its aftermath. Plaintiff was disparaged publicly without any merit to those claims, plaintiff has yet to find gainful employment. Plaintiff has no support system in Arizona and has lost her father since this suit was filed. Leaving the plaintiff without anywhere to turn has caused irrevocable harm and has been doing gig work to stay afloat.

In light of the foregoing, and in the interest of resolving all claims without further litigation, motion practice, or trial, Plaintiff hereby proposes to settle this matter on the following terms:

- Total settlement amount: $350,000;
- Payable either in a lump sum or reasonable structured installments;

3

• Inclusion of standard confidentiality and non-disparagement provisions, if requested by Defendant;

• Mutual release of all claims arising out of the facts underlying this action.

This demand is made in good faith, based on Plaintiff's current understanding of her damages and the risks and costs associated with continued litigation.

Plaintiff respectfully requests that Defendant, through counsel, respond to this demand within a reasonable period of time so the parties may determine whether a negotiated resolution is possible.

RESPECTFULLY SUBMITTED this 16th day of November, 2025.

*Samantha N. Francis*

Samantha Francis

Plaintiff, Pro Se

Tempe, AZ

4