

Samantha Francis
114 S Wilson St., Apt 13
Tempe, AZ 85281
575-652-2565
fsam8411@gmail.com
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Samantha Francis,                    Case No.: 4:24-cv-00342-MAA
    Plaintiff,

v.

Be Strong LLC d/b/a Borderland Chevrolet,
    Defendant.

PLAINTIFF'S MOTION REQUESTING COURT ASSISTANCE
IN FACILITATING CASE SETTLEMENT

    Plaintiff, Samantha Francis, respectfully moves this Court for assistance in
facilitating settlement discussions in the above-captioned matter. Plaintiff brings
this Motion in good faith, with the sincere goal of resolving this case without
further unnecessary delay, cost, or hardship. As per the rule 408 plaintiff has
submitted, plaintiff is quite literally at the defendant and courts mercy to push
toward the ending of this matter via settlement.

    Plaintiff was left unexpectedly without counsel following the withdrawal of
her former attorney. At the time of withdrawal, Plaintiff was expressly assured
that her complete case file would be provided to her within four (4) business
days. As
of the date of this Motion, Plaintiff still has not received that file.

    Without access to her case file, Plaintiff has been unable to review prior

filings, discovery, correspondence, or other materials necessary to understand the
procedural posture of her case. This has placed Plaintiff at a significant legal and practical disadvantage while attempting to proceed pro se in federal court.

Plaintiff relocated approximately 1,700 miles from Texas to Arizona for the employment opportunity at issue in this action. The termination that gave rise to this
lawsuit, and the events that followed, have already caused substantial financial and
emotional strain. The loss of counsel and the continued absence of the case file have compounded that strain and left Plaintiff feeling overwhelmed and uncertain about how to move forward.

Despite these difficulties, Plaintiff has made ongoing, good-faith efforts to resolve the matter directly with Defendant, including extending a formal settlement
proposal. However, without the benefit of her file and without representation, Plaintiff is limited in her ability to fully evaluate or negotiate any proposed resolution.

Plaintiff therefore respectfully requests the Court's assistance in facilitating settlement discussions, supervising communication between the parties, and providing whatever guidance the Court deems appropriate to help move this case toward resolution. Plaintiff believes that Court involvement—whether through a settlement conference, referral to a magistrate judge, or other procedure—will promote fairness, conserve judicial resources, and increase the likelihood of a fair,
final resolution.

WHEREFORE, Plaintiff respectfully requests that the Court:

(1) schedule a settlement conference;
(2) or, in the alternative, refer this matter to a magistrate judge for
    settlement proceedings;
(3) and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 16th day of November, 2025.


*Samantha N. Francis*
_____

Samantha Francis
Plaintiff, Pro Se
114 S Wilson St., Apt 13
Tempe, AZ 85281
575-652-2565
fsam8411@gmail.com