Samantha Francis
114 S Wilson St., Apt 13
Tempe, AZ 85281
575-652-2565
fsam8411@gmail.com
Plaintiff, Pro Se



FILED ___ LODGED
RECEIVED ___ COPY
NOV 1 9 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Samantha Francis,
    Plaintiff,

Case No.: 4:24-cv-00342-MAA

v.

Be Strong LLC d/b/a Borderland Chevrolet,
    Defendant.

### PLAINTIFF'S RULE 408 SETTLEMENT COMMUNICATION

    Pursuant to Rule 408 of the Federal Rules of Evidence, Plaintiff, Samantha Francis, submits this Settlement Communication for the sole purpose of attempting to resolve the above-captioned matter without further litigation.

    Plaintiff relocated approximately 1,700 miles from Texas to Arizona to accept employment with Defendant. After Plaintiff engaged in protected activity under Title VII of the Civil Rights Act, the Arizona Civil Rights Act, and related statutes, Plaintiff's employment was terminated via email under circumstances that form the basis of her retaliation claims in this action.

    Since her termination on December 4, 2023, Plaintiff has suffered substantial economic loss. Using median salary data for a Service Director position in this region, Plaintiff's lost wages are estimated at approximately $226,000 as of February 2025. Plaintiff has also experienced significant emotional distress, reputational harm, and disruption to her family's stability, including an emergency relocation from Douglas to Phoenix at 3:00 a.m. following the events at issue. On top of these events, plaintiff had to act swiftly to protect herself and her Children as the defendant has violated multiple privacy rights and has a dangerous history of abuse. Despite defendants claims and disparagement in a public video, Plaintiff has no fraud charges, and no criminal history to date relevant to this matter.

In addition, Plaintiff's former counsel withdrew and has not provided Plaintiff's complete case file despite repeated requests. This has hindered Plaintiff's ability to navigate the litigation and to secure new representation, further increasing the strain and uncertainty associated with this case.

Plaintiff is aware this puts her at a complete disadvantage and unable to defend herself in this matter with efficacy. Plaintiff also understands the necessity for representation however cannot afford a retainer fee required by new counsel. This case was pushed back without notice from then counsel several times, unknowingly of the plaintiff and unauthorized. Plaintiff is at the mercy of the court to grant a resolution to these claims and would like to attempt settlement discussions without dragging this out any longer for everyone involved's sake.

Plaintiff is a single mother of 3 children that has a burden of financial responsibility, and cannot break even monthly, living in a 2 bedroom home and unable to pay her debt to several people due to the lack of resources she has available. Plaintiff is alone in Arizona with no support system, plaintiff simply took a leap of faith to further her automotive career and has been stripped of her 15 year career in the automotive field. Despite attempting to settle this in the initial demand for settlement twice in the amount of $250,000, this case still remains above the plaintiff's realm of professional experience. Plaintiff wants to avoid any further delay for all parties and be able to effectively represent herself has been denied due to the case file previous counsel has yet to relinquish.

Plaintiff relocated approximately 1,700 miles from Texas to Arizona to accept the position with Defendant, Be Strong LLC d/b/a Borderland Chevrolet. Following Plaintiff's engagement in protected activity under Title VII and related statutes,

In an effort to avoid further expense and burden for all parties and for the Court, Plaintiff proposes a good-faith settlement in the amount of $350,000. Plaintiff is willing to consider structured payments and reasonable confidentiality terms if requested by Defendant.

This communication is made solely for settlement purposes and is not

admissible to prove liability or damages under Rule 408.

RESPECTFULLY SUBMITTED this 14th day of February, 2025.

fsam8411@gmail.com

Samantha N Francis
_____
Samantha Francis
Plaintiff, Pro Se
114 S Wilson St., Apt 13
Tempe, AZ 85281
575-652-2565