SHANNON GILES LAW, PLC
8340 N. Thornydale Road, Ste. 110 #414
Tucson, AZ  85741
(520) 798-5282

Shannon Giles (SBN 018786)
sg@abdilaw.com
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an Individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual.<br><br>　　　　　Defendants. | No.  CV-24-342-TUC-MAA<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION REQUESTING COURT ASSISTANCE IN FACILITATING CASE SETTLEMENT** |

　　　Defendants, Be Strong LLC d/b/a Borderland Chevrolet GMC and Mark Mermis, hereby respond to Plaintiff's Motion Requesting Court Assistance in Facilitating Case Settlement [Docket #55.]

　　　To the extent Plaintiff is requesting referral to a Magistrate Judge for the purpose of a settlement conference, Defendant opposes that request because such a conference would be futile and a waste of both judicial and party resources.

　　　RESPECTFULLY SUBMITTED on December 1, 2025.

　　　　　　　　　　　　　　　　SHANNON GILES LAW, PLC

　　　　　　　　　　　　　　　By  /s/  Shannon Giles
　　　　　　　　　　　　　　　　　　Shannon Giles
　　　　　　　　　　　　　　　　*Attorney for Defendants*

-2-

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that she delivered a copy of this Response to Plaintiff by email on December 1, 2025 to the email address from which Plaintiff contacted counsel and by mail to the address on the motion at Docket #55.

/s/ Shannon Giles