SHANNON GILES LAW, PLC
8340 N. Thornydale Road, Ste. 110 #414
Tucson, AZ  85741
(520) 798-5282

Shannon Giles (SBN 018786)
sg@abdilaw.com
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Samantha Francis, an Individual, | No. CV-24-342-TUC-MAA |
|---|---|
| Plaintiff, | |
| vs. | **JOINT SETTLEMENT STATUS REPORT** |
| Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual. | |
| Defendants. | |

Pursuant to the Court's Order of December 15, 2025, the parties submit this Joint Settlement Status Report.

Other than the submissions to the Court previously made by Plaintiff, there have been no settlement discussions.  The case has not settled.

RESPECTFULLY SUBMITTED on February 19, 2026.

| Samantha Francis | SHANNON GILES LAW, PLC |
|---|---|
| _/s/ Samantha Francis (*with permission*) <br> PLAINTIFF | By  /s/  Shannon Giles <br> Shannon Giles <br> *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants on February 19, 2026.

/s/ Shannon Giles

Samantha Francis
114 S. Wilson St., Apt. 13
Tempe, AZ 85281