# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Samantha Francis, an individual,

        Plaintiff,

v.

Be Strong, LLC, a corporation doing business as Borderland Chevrolet GMC; et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CV 24-00342-TUC-MAA

**ORDER**

Pending before the court is the defendants' motion to extend the scheduling order deadlines for the purpose of taking the plaintiff's deposition, filed on February 24, 2026. Doc. 71. Good cause appearing and the plaintiff not responding,

IT IS ORDERED that the motion is GRANTED in Part.

The discovery deadline is extended to April 10, 2026 for the purpose of taking the plaintiff's deposition.

The dispositive motion deadline is extended to May 15, 2026.

The joint pretrial order is due June 12, 2026 or 30 days after the resolution of dispositive motions, whichever is later.

DATED this 20th day of March, 2026

Honorable Michael A. Ambri
United States Magistrate Judge