## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Francis, an individual, ) | CV 24-00342-TUC-MAA |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Be Strong, LLC, a corporation doing business as ) | **ORDER** |
| Borderland Chevrolet GMC; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Pending before the court is the defendants' motion for terminating sanctions for evading deposition. Doc. 74. The plaintiff did not file a response.

The defendants explain that they have tried to take the plaintiff's deposition five times to no avail. Doc. 74. They move that the court terminate the plaintiff's action for evading her deposition. Doc. 74.

"Before imposing the 'harsh sanction' of dismissal, however, the district court should consider the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its dockets; (3) the risk of prejudice to the party seeking sanctions; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 958 (9th Cir. 2006) (punctuation modified).

The court believes that it is possible that lesser sanctions might be appropriate in this case if the plaintiff is willing to finally sit for her deposition. The motion will therefore be denied without prejudice to give the plaintiff a final chance to comply with her discovery obligations.

IT IS ORDERED that the motion for sanctions (Doc. 74) is denied without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall contact defendants' counsel by June 12, 2026, and arrange to sit for her deposition before the discovery deadline modified herein.

The discovery deadline is extended to July 10, 2026, for the purpose of taking the plaintiff's deposition.

The dispositive motion deadline is extended to August 14, 2026.

The joint pretrial order is due September 1, 2026 or 30 days after the resolution of dispositive motions, whichever is later.

The plaintiff is notified that if she fails to comply with this order, her action may be dismissed without trial. *See Leon v. IDX Sys. Corp.*, 464 F.3d 951, 960 (9th Cir. 2006).

DATED this 28th day of May, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge

- 2 -