SHANNON GILES LAW, PLC
8340 N. Thornydale Road, Ste. 110 #414
Tucson, AZ 85741
(520) 798-5282

Shannon Giles (SBN 018786)
sg@abdilaw.com
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Samantha Francis, an Individual,

Plaintiff,

vs.

Be Strong LLC, d/b/a Borderland Chevrolet GMC, a corporation; Mark Mermis, an individual.

Defendants.

No. CV-24-342-TUC-MAA

**MOTION TO STAY DEADLINE TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**

Pursuant to FRCP 16(b)(4), Defendants respectfully move the Court to stay the deadline for the parties to submit a proposed joint pretrial order. Pursuant to the Court's Order of May 29, 2026 [Docket #75], that deadline is currently September 1, 2026.

Defendants move the Court to stay the deadline pending resolution of Defendants' Second Motion for Terminating Sanctions for Evading Deposition [Docket #77]. Defendants make this motion because they have been unable to take Plaintiff's deposition, they cannot certify that discovery is complete and they do not have all of the necessary information to propose a joint pretrial statement.

RESPECTFULLY SUBMITTED on August 27, 2026.

SHANNON GILES LAW, PLC

By /s/ Shannon Giles
Shannon Giles *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants on August 27, 2026.

/s/ Shannon Giles

Samantha Francis
114 S. Wilson St., Apt. 13
Tempe, AZ 85281
*Plaintiff*