**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Samantha Francis, an individual,<br>Plaintiff,<br>v.<br>Be Strong, LLC, a corporation doing business as Borderland Chevrolet GMC; et al.,<br>Defendants. | CV 24-00342-TUC-MAA<br><br>**ORDER** |

Pending before the court is the defendants' motion to strike Document 78, filed on July 10, 2026. Doc. 83. The plaintiff filed a response on July 21, 2026. Doc. 87. The defendants did not file a reply.

Previously, on July 7, 2026, the plaintiff filed a document captioned Notice of Plaintiff's Good Faith Settlement Efforts and Defendants' Refusal to Engage. Doc. 78. The plaintiff explained that "Plaintiff submits this Notice to clarify the record and to demonstrate that she has consistently sought an efficient, reasonable resolution to this litigation, whereas Defendants have repeatedly refused to engage in meaningful settlement discussions." Doc. 78, p. 1.

In their pending motion, the defendants assert, among other things, that the filing "is not authorized by any statute, rule or court order and is immaterial." Doc. 83, p. 1 (citing Fed.R.Civ.P. 12(f) and LRCiv 7.2(m)).

Local Rule 7.2(m) states, in relevant part, that "a motion to strike may be filed only if it is authorized by statute or rule, such as Federal Rules of Civil Procedure 12(f) . . . or if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized)

by a statute, rule, or court order." Fed.R.Civ.P. 12(f) allows the court to strike "any redundant, immaterial, impertinent, or scandalous matter."

In her response, the plaintiff asserts that the "Notice is directly material to the pending Second Motion for Terminating Sanctions" among other things. Doc. 87, p. 1. She explains that it relates to the defendants' argument in their previously filed motion for sanctions (Doc. 77) that she is not litigating in good faith. Doc. 87, pp. 1-2.

The court agrees that the plaintiff's actions to resolve the pending litigation are relevant to the defendants' argument that the plaintiff is not pursuing her action in good faith. Doc. 77. The plaintiff should raise these points, however, in her response to the defendants' motion for sanctions (which she did at Doc. 79) and not in a separate Notice. Her separate Notice is not authorized "by a statute, rule, or court order." LRCiv 7.2(m).

IT IS ORDERED that the defendants' motion to strike Document 78, filed on July 10, 2026, is Granted. Doc. 83. The Clerk is instructed to strike Document 78.

DATED this 19th day of October, 2026.



Honorable Michael A. Ambri
United States Magistrate Judge